

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★     ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00819-CR

Lawrence **GALLARDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 266939
Honorable Fred Shannon, Judge Presiding

PER CURIAM

Sitting:       Karen Angelini, Justice
Sandee Bryan Marion, Justice
Phylis J. Speedlin, Justice

Delivered and Filed:    December 23, 2008

DISMISSED

      The Court has before it Lawrence Gallardo's motion to withdraw his appeal. The motion is signed by both Gallardo and his attorney of record. The motion is granted and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH